**Starsha M. SEWELL, a Natural Person and Resident of Maryland On Behalf of Herself and Her African American Son's, Plaintiff-Appellant,**

v.

**Deborah K. CHASANOW, a Natural Person, acting as a Federal Judge In the United States of America, Defendant-Appellee.**

**No. 17-1849**

United States Court of Appeals, Fourth Circuit.

Submitted: November 27, 2017

Decided: December 6, 2017

Starsha Sewell, Appellant Pro Se.

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha Sewell appeals the district court's order returning various documents to Sewell because the case was closed. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Sewell v. Chasanow*, No. 1:16-cv-03256-JKB (D. Md. July 6, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*